# US District Court Electronic Case Filing System
## District of Utah (Northern)
## CIVIL DOCKET FOR CASE #: 1:21−cv−00108−DAK

| | |
|---|---|
| L. et al v. CIGNA Health and Life Insurance Company et al | Date Filed: 07/30/2021 |
| Assigned to: Judge Dale A. Kimball | Jury Demand: None |
| Cause: 29:1001 E.R.I.S.A.: Employee Retirement | Nature of Suit: 791 Labor: E.R.I.S.A. |
| | Jurisdiction: Federal Question |

**Plaintiff**

**P. L.**     represented by     **Brian S. King**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801)532−1739
Email: brian@briansking.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent J. Newton**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801) 532−1739
Email: brent@briansking.com
*ATTORNEY TO BE NOTICED*

**Samuel Martin Hall**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
801−532−1739
Email: samuel@briansking.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**V. L.**     represented by     **Brian S. King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent J. Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Martin Hall**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **CIGNA Health and Life Insurance Company** | represented by | **Tim L. Johnson**<br>OGLETREE DEAKINS NASH SMOAK & STEWART<br>4370 LA JOLLA VILLAGE DR STE 990<br>SAN DIEGO, CA 92122<br>(858)652–3100<br>Email: tim.johnson@ogletree.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven R. Reid**<br>OGLETREE DEAKINS NASH SMOAK & STEWART PC<br>2000 S COLORADO BLVD STE 900<br>TOWER THREE<br>DENVER, CO 80222<br>303–764–6800<br>Fax: 303–831–9246<br>Email: steven.reid@ogletree.com<br>*TERMINATED: 10/14/2021*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **South Texas College of Law Healthcare Benefits Plan, The** | represented by | **Danielle K. Herring**<br>LITTLER MENDELSON PC<br>1301 MCKINNEY ST STE 1900<br>HOUSTON, TX 77010<br>713–951–9400<br>Fax: 713–951–9212<br>Email: dherring@littler.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ian Robertson**<br>11641 N SUNSET HILLS DR<br>HIGHLAND, UT 84003<br>714–768–5135<br>Email: irobertson@littler.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan D. Thomas**<br>LITTLER MENDELSON PC<br>3960 HOWARD HUGHES PKWY STE 300<br>LAS VEGAS, NV 89169<br>(702)862–8800<br>Email: edthomas@littler.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 07/30/2021 | Ï 1 | Case has been indexed and assigned to Magistrate Judge Daphne A. Oberg. Plaintiffs P. L., V. L. are directed to E–File the Complaint  and cover sheet (found under Complaints and Other Initiating Documents) and pay the filing fee of $ 402 by the end of the business day.<br>NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system.<br>Civil Summons may be issued electronically. Prepare the summons using the courts PDF version and email it to utdecf_clerk@utd.uscourts.gov for issuance. (mh) (Entered: 07/30/2021) |
| 07/30/2021 | Ï 2 | COMPLAINT against CIGNA Health and Life Insurance Company, South Texas College of Law Healthcare Benefits Plan, The (Filing fee $ 402, receipt number AUTDC–4070554) filed by P. L., V. L.. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet) Assigned to Magistrate Judge Daphne A. Oberg (King, Brian) (Entered: 07/30/2021) |
| 08/07/2021 | Ï 3 | ORDER TO PROPOSE SCHEDULE – Plaintiff must propose a schedule to defendant in the form of a draft Attorney Planning Meeting Report within the earlier of fourteen(14) days after any defendant has appeared or twenty−eight (28) days after any defendant has been served with the complaint. See order for additional instructions. Signed by Magistrate Judge Daphne A. Oberg on 8/7/21. (alf) (Entered: 08/09/2021) |
| 09/21/2021 | Ï 4 | WAIVER OF SERVICE Returned Executed filed by P. L., V. L. as to South Texas College of Law Healthcare Benefits Plan, The Waiver sent on 8/2/2021, answer due 10/1/2021. (King, Brian) (Entered: 09/21/2021) |
| 09/30/2021 | Ï 5 | Stipulated MOTION for Extension of Time to File Answer re 2 Complaint, filed by Defendant CIGNA Health and Life Insurance Company. (Attachments: # 1 Text of Proposed Order) Attorney Steven R. Reid added to party CIGNA Health and Life Insurance Company(pty:dft)(Reid, Steven) (Entered: 09/30/2021) |
| 10/01/2021 | Ï 6 | DOCKET TEXT ORDER granting 5 Stipulated Motion for Extension of Time to Answer. Defendants have until October 22, 2021 to file a response to Plaintiffs' complaint. Signed by Magistrate Judge Daphne A. Oberg on 10/1/2021. No attached document. (med) (Entered: 10/01/2021) |
| 10/04/2021 | Ï 7 | NOTICE of Appearance by Ethan D. Thomas on behalf of South Texas College of Law Healthcare Benefits Plan, The (Thomas, Ethan) (Entered: 10/04/2021) |
| 10/05/2021 | Ï 8 | NOTICE – This case is assigned to a magistrate judge. To consent or request reassignment, use the form on this link or use the included form for non−efilers and send it to consents@utd.uscourts.gov<br>within 15 days or mail to the court with *Attention: Consent Clerk* on the envelope. Notice e−mailed or mailed to Defendants CIGNA Health and Life Insurance Company, South Texas College of Law Healthcare Benefits Plan, The, Plaintiffs P. L., V. L.. Form due by 10/20/2021. (alf) (Entered: 10/05/2021) |
| 10/05/2021 | Ï 9 | RECEIVED Consent/Reassignment Form from Plaintiffs P. L., V. L.. (alf) (Entered: 10/05/2021) |
| 10/07/2021 | Ï 10 | RECEIVED Consent/Reassignment Form from Defendant South Texas College of Law Healthcare Benefits Plan. (alf) (Entered: 10/08/2021) |
| 10/14/2021 | Ï 11 | SUBSTITUTION OF COUNSEL Tim L. Johnson replacing Steven R. Reid as counsel on behalf of CIGNA Health and Life Insurance Company. (Johnson, Tim) (Entered: 10/14/2021) |
| 10/21/2021 | Ï 12 | NOTICE REMINDER – All parties are requested to respond within the time frame set forth in the 8 Notice of Presiding Magistrate Assignment,, pursuant to General Order 07−001. If you have already consented/objected, please disregard this notice. No judge will be informed of a party's response unless all parties have consented to the assignment of the matter to a U.S. Magistrate Judge. Unless consents from all parties are received within fifteen(15) days, the case will be |

| | | |
|---|---|---|
| | | randomly re–assigned to a U.S. District Judge without further notice. <u>Link to Magistrate Consent Objection form</u> (alf) (Entered: 10/21/2021) |
| 10/22/2021 | 13 | Stipulated MOTION for Extension of Time to File Answer re 2 Complaint, filed by Defendant South Texas College of Law Healthcare Benefits Plan, The. (Attachments: # 1 Text of Proposed Order)(Thomas, Ethan) (Entered: 10/22/2021) |
| 10/25/2021 | 14 | DOCKET TEXT ORDER granting 13 Stipulation to Extend Deadline for Defendants to File a Response to Plaintiffs' Complaint. The deadline for Defendants to respond to the Complaint is extended to November 5, 2021. Signed by Magistrate Judge Daphne A. Oberg on 10/25/2021. No attached document. (eh) (Entered: 10/25/2021) |
| 10/25/2021 | 15 | NOTICE of Appearance by Ian Robertson on behalf of South Texas College of Law Healthcare Benefits Plan, The (Robertson, Ian) (Entered: 10/25/2021) |
| 11/04/2021 | 16 | Stipulated MOTION for Extension of Time to File Answer re 2 Complaint, filed by Defendant CIGNA Health and Life Insurance Company. (Attachments: # 1 Text of Proposed Order)(Johnson, Tim) (Entered: 11/04/2021) |
| 11/04/2021 | 17 | DOCKET TEXT ORDER granting 16 Stipulated Motion to Extend Deadline for Defendant Cigna Health & Life Insurance Company to Answer the Complaint in this Matter. The deadline for Defendant Cigna Health & Life Insurance Company to respond to the Complaint is extended to November 15, 2021. Signed by Magistrate Judge Daphne A. Oberg on 11/4/2021. No attached document. (eh) (Entered: 11/04/2021) |
| 11/04/2021 | 18 | STIPULATED MOTION ~~STIPULATION to Extend Deadline for Defendant to File a Response to Plaintiff's Complaint~~ for Extension of Time to File Answer by South Texas College of Law Healthcare Benefits Plan, The. (Attachments: # 1 Text of Proposed Order)(Thomas, Ethan) Modified on 11/5/2021 to correct event type and motion text (alf). (Entered: 11/04/2021) |
| 11/04/2021 | 19 | Modification of Docket re document 18 : Error: Document should have been filed as a Motion for Extension of Time to File Answer and not a Stipulation to Extend Deadlines. Correction: Event type and motion text modified to include correct filing. NO further action is needed. (alf) (Entered: 11/05/2021) |
| 11/05/2021 | 20 | DOCKET TEXT ORDER granting 18 Stipulated Motion to Extend Deadline for Defendant to File a Response to Plaintiff's Complaint. The deadline for Defendant South Texas College of Law Healthcare Benefits Plan to respond to the Complaint is extended to November 15, 2021. Signed by Magistrate Judge Daphne A. Oberg on 11/5/2021. No attached document. (eh) (Entered: 11/05/2021) |
| 11/08/2021 | 21 | The deadline for submission of Consent/Reassignment Forms has now been passed. One or more of the parties did not file, therefore the case is ineligible for magistrate assignment. Case randomly assigned to Judge Dale A. Kimball. Magistrate Judge Daphne A. Oberg no longer assigned to the case. (alf) (Entered: 11/08/2021) |
| 11/12/2021 | 22 | ANSWER to Complaint filed by CIGNA Health and Life Insurance Company.(Johnson, Tim) (Entered: 11/12/2021) |
| 11/15/2021 | 23 | CORPORATE DISCLOSURE STATEMENT under FRCP 7.1 filed by Defendant South Texas College of Law Healthcare Benefits Plan, The. (Thomas, Ethan) (Entered: 11/15/2021) |
| 11/15/2021 | 24 | *Defendant's* ANSWER to Complaint filed by South Texas College of Law Healthcare Benefits Plan, The.(Thomas, Ethan) (Entered: 11/15/2021) |
| 11/16/2021 | 25 | MOTION for Admission Pro Hac Vice of Danielle Herring , Registration fee $ 250, receipt number AUTDC–4166227, |

| | | |
|---|---|---|
| | | Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. <br> Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. <br><br> filed by Defendant South Texas College of Law Healthcare Benefits Plan, The. (Attachments: # 1 Exhibit Application for Pro Hac Vice Admission, # 2 Exhibit Proposed Order)(Robertson, Ian) (Entered: 11/16/2021) |
| 11/16/2021 | 26 | ORDER granting 25 Motion for Admission Pro Hac Vice of Attorney Danielle K. Herring for South Texas College of Law Healthcare Benefits Plan, The. <br><br> *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.* <br><br> *Attorneys admitted Pro Hac Vice may download a copy of the District of Utah's local rules from the court's web site at https://www.utd.uscourts.gov/rules-practice.* <br><br> Signed by Judge Dale A. Kimball on 11/16/2021. (eat) (Entered: 11/16/2021) |
| 12/23/2021 | 27 | Stipulated MOTION for Extension of Time to File Attorney Planning Meeting Report and Proposed Scheduling Order filed by Plaintiffs P. L., V. L.. (Attachments: # 1 Text of Proposed Order)(King, Brian) (Entered: 12/23/2021) |
| 12/23/2021 | 28 | ORDER granting 27 Stipulated Motion for Extension of Time to File Attorney Planning Meeting Report. The parties will submit an Attorney Planning Meeting Report and proposed Scheduling Order within fourteen (14) days of the date of the court's ruling on the Defendants' anticipated Motion to Transfer Venue if the Court denies the Motion. Signed by Judge Dale A. Kimball on 12/23/2021. (eat) (Entered: 12/23/2021) |
| 02/24/2022 | 29 | MOTION to Change Venue and Memorandum in Support filed by Defendant South Texas College of Law Healthcare Benefits Plan, The. (Attachments: # 1 Exhibit 1 – STCL Declaration, # 2 Exhibit 2 – Cigna Declaration, # 3 Exhibit 3 – Memorandum)(Thomas, Ethan) (Entered: 02/24/2022) |
| 03/14/2022 | 30 | Stipulated MOTION to Change Venue filed by Plaintiffs P. L., V. L.. (Attachments: # 1 Text of Proposed Order Proposed Order)(King, Brian) (Entered: 03/14/2022) |
| 03/15/2022 | 31 | ORDER granting the parties' 30 Stipulated Motion to Change Venue. This matter is hereby transferred to the United States District Court for the Southern District of Texas, Houston Division. Defendant's 29 Motion to Change Venue is terminated as moot. Signed by Judge Dale A. Kimball on 3/15/2022. (eat) (Entered: 03/15/2022) |